# CHAPTER 13 PLAN

Case No.: **15-80323**

Debtor(s): **Randy D Wren**  SS#: **xxx-xx-6645**  Net Monthly Earnings: **493.25**

**Sandra K Wren**  SS#: **xxx-xx-0143**  Number of Dependents: **1**

I.  Plan Payments:

(____) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

( **X** ) Payroll deduction Order: To **Warehouse Discount Groceries** _____ for

$ _____ **390.00*** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly.

Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **26,290.00** .

II.  From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A.  PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service | Taxes and certain other debts | $12,911.80 | $348.97 |
| State of Alabama | Taxes and certain other debts | $1,543.82 | $41.72 |

B.  Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **375.00** per month.

C.  The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1.  Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | by Trustee by Debtor | | | | | |

2.  Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Springleaf Financial** | $50.00 | $5,000.00 | $5,000.00 | $0.00 | 2004 Ford Ranger & 2003 Pontiac Montana on single note | 5.25% | $355.95 | Month 8 |

III.  Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV.  Special Provisions:

☒ This is an original plan.

☐ This is an amended plan replacing plan dated ____.

☒ This plan proposes to pay unsecured creditors **pro rata** %.

☒ Other Provisions:

**Special Intentions:**

**Vanderbilt Mortgage: Debtor is surrendering the mobile home and 1 acre in Vinemont, AL to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**
**\*The plan is a step plan or has lumpsum payments which will pay as follows: $330.00 per month for 1 month, then $440.00 per month for 59 months**

Name/Address/Telephone/Attorney for Debtor (s)   Date **April 14, 2015**   /s/ **Randy D Wren**

**John Zingarelli ASB-6695-L69J**   **Randy D Wren**
Signature of Debtor

**PO Box 2145**   /s/ **Sandra K Wren**
**Decatur, AL 35602**
Telephone # **(256) 350-1264**   **Sandra K Wren**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Randy D Wren**
     **Sandra K Wren**

Debtor(s)

Case No.   **15-80323**

Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 14, 2015**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

AmeriFinancial Solutions, LLC
AT & T Mobility
Covington Credit
Credit Central South, Inc.
Cullman Regional Medical
Emergency Physician Billing
Internal Revenue Service
Jefferson Capital Systems LLC
Juniper Bank
Mitchell, McNutt & Sams
Pegasus Emergency Group of Alabama LLC
Professional Placement Services, LLC
Sandra's Tax Service
Southwest Credit
Springleaf Financial
State of Alabama
United Consumer Financial Services
Vanderbilt Mortgage

John Zingarelli ASB-6695-L69J
John Zingarelli, PC
PO Box 2145
Decatur, AL 35602
(256) 350-1264 Fax:(256) 350-2010
johnz@hiwaay.net